951 A.2d 262

**Johnny JAMES, Petitioner**

v.

**ATTORNEY GENERAL, Respondent.**

**No. 202 EM 2007.**

Supreme Court of Pennsylvania.

June 24, 2008.

## *ORDER*

Petition for Writ of Mandamus

PER CURIAM.

**AND NOW,** this 24th day of June, 2008, the Application for Leave to File Original Process is **GRANTED;** the Petition for Writ of Mandamus is **DENIED.**